AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Securities and Exchange Commission <br><br> *Plaintiff(s)* <br> v. <br> Garrett M. O'Rourke and Michael J. Black <br><br> *Defendant(s)* | Civil Action No. 19-cv-4137 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael J. Black
1220 Crummell Ave.
Annapolis, MD  21403-4617


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sandeep Satawaleker
SEC New York Regional Office
200 Vesey Street Suite 400
New York, NY 10281


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/18/2019

SONIA GALEANO
*Signature of Clerk or Deputy Clerk*

Civil Action No. 19-cv-4137

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Michael J. Black**
was received by me on *(date)* **July 19, 2019**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **As permitted by Order to Show Cause, dated July 17, 2019, at P II, service of summons, complaint, Order to Show Cause and supporting documents was effected on July 19, 2019 by email to michaelj black@icloud.com. See attached emails.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **July 19, 2019**

**Kathleen Shields**
*Server's signature*

**Kathleen Shields, Senior Trial Counsel**
*Printed name and title*

**Securities and Exchange Commission
33 Arch St., 24th Floor
Boston MA 02110**
*Server's address*

Additional information regarding attempted service, etc:

# Shields, Kathleen (BRO)

| | |
|---|---|
| **From:** | Shields, Kathleen (BRO) |
| **Sent:** | Friday, July 19, 2019 12:52 PM |
| **To:** | 'michaeljblack@icloud.com' |
| **Cc:** | Forni, Eric |
| **Subject:** | SEC v. O'Rourke and Black, Civil No. 19-cv-4137 (E.D.N.Y.) - message 1 of 4 |

Dear Mr. Black:

The Securities and Exchange Commission ("SEC") has filed a lawsuit against you. Attached for service in this matter (as permitted by paragraph II of the Court's Order to Show Cause) are the following pleadings:

1. Complaint
2. Civil Cover Sheet
3. Summons
4. SEC's Application for an Order to Show Cause, Temporary Restraining Order, Order Freezing Assets and Order Granting Other Relief ("Order to Show Cause")
5. Declaration of Trevor Donelan
6. Declaration of Eric Forni
7. Memorandum of Law in Support of SEC's Application for an Order to Show Cause
8. SEC's Proposed Order to Show Cause
9. Court Notice
10. Order to Show Cause Issued by the Court

Given the size of these documents, I will send documents numbered 4-10 in the list above in 3 additional email messages.

  
02.07.17.19 ECF    02.07.17.19 ECF    Black
No. 1, Compla...   No. 1-1, Civi...   Summons.pdf

Please contact me, or my colleague Eric Forni, who is copied on this email, if you would like to discuss this matter.

- Kathleen Shields

Kathleen Burdette Shields
U. S. Securities and Exchange Commission
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Telephone: (617) 573-8904
Facsimile: (617) 573-4590
shieldska@sec.gov

# Shields, Kathleen (BRO)

**From:** Shields, Kathleen (BRO)
**Sent:** Friday, July 19, 2019 12:54 PM
**To:** 'michaeljblack@icloud.com'
**Cc:** Forni, Eric
**Subject:** FW: SEC v. O'Rourke and Black, Civil No. 19-cv-4137 (E.D.N.Y.) - message 2 of 4

Attached are pleadings 4-6 on the attached list.

  

03.07.17.19 ECF   03.07.17.19 ECF   03.07.17.19 ECF
No. 2-2, LR 6...  No. 2-1, Decl... No. 2, SEC's ...

Dear Mr. Black:

The Securities and Exchange Commission ("SEC") has filed a lawsuit against you. Attached for service in this matter (as permitted by paragraph II of the Court's Order to Show Cause) are the following pleadings:

1. Complaint
2. Civil Cover Sheet
3. Summons
4. SEC's Application for an Order to Show Cause, Temporary Restraining Order, Order Freezing Assets and Order Granting Other Relief ("Order to Show Cause")
5. Declaration of Trevor Donelan
6. Declaration of Eric Forni
7. Memorandum of Law in Support of SEC's Application for an Order to Show Cause
8. SEC's Proposed Order to Show Cause
9. Court Notice
10. Order to Show Cause Issued by the Court

Given the size of these documents, I will send documents numbered 4-10 in the list above in 3 additional email messages.

Please contact me, or my colleague Eric Forni, who is copied on this email, if you would like to discuss this matter.

- Kathleen Shields

Kathleen Burdette Shields
U. S. Securities and Exchange Commission
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Telephone: (617) 573-8904
Facsimile: (617) 573-4590
shieldska@sec.gov

## Shields, Kathleen (BRO)

| | |
|---|---|
| **From:** | Shields, Kathleen (BRO) |
| **Sent:** | Friday, July 19, 2019 12:55 PM |
| **To:** | 'michaeljblack@icloud.com' |
| **Cc:** | Forni, Eric |
| **Subject:** | SEC v. O'Rourke and Black, Civil No. 19-cv-4137 (E.D.N.Y.) - message 3 of 4 |

Attached are pleadings #7 and 8 on the list below.

 

03. 07.17.19 ECF   04. 07.17.19 ECF
No. 2-3, MOL ...   No. 3, [Propo...

---

Dear Mr. Black:

The Securities and Exchange Commission ("SEC") has filed a lawsuit against you. Attached for service in this matter (as permitted by paragraph II of the Court's Order to Show Cause) are the following pleadings:

1. Complaint
2. Civil Cover Sheet
3. Summons
4. SEC's Application for an Order to Show Cause, Temporary Restraining Order, Order Freezing Assets and Order Granting Other Relief ("Order to Show Cause")
5. Declaration of Trevor Donelan
6. Declaration of Eric Forni
7. Memorandum of Law in Support of SEC's Application for an Order to Show Cause
8. SEC's Proposed Order to Show Cause
9. Court Notice
10. Order to Show Cause Issued by the Court

Given the size of these documents, I will send documents numbered 4-10 in the list above in 3 additional email messages.

Please contact me, or my colleague Eric Forni, who is copied on this email, if you would like to discuss this matter.

- Kathleen Shields

Kathleen Burdette Shields
U. S. Securities and Exchange Commission
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Telephone: (617) 573-8904
Facsimile: (617) 573-4590
shieldska@sec.gov

# Shields, Kathleen (BRO)

**From:** Shields, Kathleen (BRO)
**Sent:** Friday, July 19, 2019 12:56 PM
**To:** 'michaeljblack@icloud.com'
**Cc:** Forni, Eric
**Subject:** SEC v. O'Rourke and Black, Civil No. 19-cv-4137 (E.D.N.Y.) - message 4 of 4

Attached are pleadings # 9 and 10 on the list below.


05. 07.17.19 ECF
No. 4, Court ...


03. 07.17.19
TRO.pdf

Dear Mr. Black:

The Securities and Exchange Commission ("SEC") has filed a lawsuit against you. Attached for service in this matter (as permitted by paragraph II of the Court's Order to Show Cause) are the following pleadings:

1. Complaint
2. Civil Cover Sheet
3. Summons
4. SEC's Application for an Order to Show Cause, Temporary Restraining Order, Order Freezing Assets and Order Granting Other Relief ("Order to Show Cause")
5. Declaration of Trevor Donelan
6. Declaration of Eric Forni
7. Memorandum of Law in Support of SEC's Application for an Order to Show Cause
8. SEC's Proposed Order to Show Cause
9. Court Notice
10. Order to Show Cause Issued by the Court

Given the size of these documents, I will send documents numbered 4-10 in the list above in 3 additional email messages.

Please contact me, or my colleague Eric Forni, who is copied on this email, if you would like to discuss this matter.

- Kathleen Shields

Kathleen Burdette Shields
U. S. Securities and Exchange Commission
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Telephone: (617) 573-8904
Facsimile: (617) 573-4590
shieldska@sec.gov