UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

                                                                             19 CV 4137 (KAM)

   - against -

GARRETT M. O'ROURKE and
MICHAEL J. BLACK,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF MOTION

       PLEASE TAKE NOTICE that upon the accompanying Government's Memorandum of Law in Support of Application To Intervene and To Stay Civil Proceedings, the United States will move this Court on a date and time to be designated by the Court, before the Honorable Kiyo A. Matsumoto, United States District Judge, at the United States Federal Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, pursuant to Rule 24 of the Federal Rules of Civil Procedure, for intervention for the purpose of seeking a stay of civil proceedings, and for such other relief as the Court deems appropriate.

Dated:  Brooklyn, New York
          August 12, 2019

                                                    Respectfully submitted,

                                                    RICHARD P. DONOGHUE
                                                    United States Attorney

                                                    /s/ Hiral D. Mehta
                                                    Hiral D. Mehta
                                                    Assistant U.S. Attorney
                                                    (718) 254-6418

Cc:   Clerk of the Court (KAM)
       Roland Riopelle, Esq (By ECF)
       Seth Waxman, Esq. (By ECF)