UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                   Plaintiff,                  JUDGMENT

      v.                                      19-CV-4137 (KAM)

GARRETT O'ROURKE AND MICHAEL J. BLACK,

                   Defendants.
-----------------------------------------------------------------X

       An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on November 30, 2020, granting the Motion for Entry of Judgment under Rule 54(b); and directing the Clerk of Court to enter judgment against Mr. O'Rourke in the amount of $5,315,186 in disgorgement, plus $448,553 in prejudgment interest; it is

       ORDERED and ADJUDGED that judgment is hereby entered against Mr. O'Rourke in the total amount of $5,763,739.

Dated: Brooklyn, New York                              Douglas C. Palmer
       December 1, 2020                               Clerk of Court

                                                   By:    */s/Jalitza Poveda*
                                                            Deputy Clerk