UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,                      AMENDED JUDGMENT

        v.                                   19-CV-4137 (KAM)
GARRETT O'ROURKE AND MICHAEL J. BLACK,

                Defendants.
-----------------------------------------------------------------X

       An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on November 30, 2020, granting the Motion for Entry of Judgment under Rule 54(b); and directing the Clerk of Court to enter judgment against Mr. O'Rourke in the amount of $5,315,186 in disgorgement, plus $448,553 in prejudgment interest; and an Amended Order having been filed on December 7, 2020, amending the amount of prejudgment interest to $448,533 listed in its November 30, 2020 Order and directing the Clerk of Court to enter an amended judgment; it is

       ORDERED and ADJUDGED that judgment is hereby entered against Mr. O'Rourke in the total amount of $5,763,719.

Dated: Brooklyn, New York                              Douglas C. Palmer
       December 7, 2020                                 Clerk of Court

                                                            By:    */s/Jalitza Poveda*
                                                                    Deputy Clerk