UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>　　　　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**GARRETT O'ROURKE and MICHAEL J. BLACK,**<br>　　　　　　　　　　**Defendants.** | Case No.: 19-CV-4137 (KAM) |

**PLAINTIFF'S NOTICE OF THE FILING OF THE**
**DISTRIBUTION AGENT'S THIRTEENTH STATUS REPORT**

Pursuant to paragraph 4(h) of this Court's Order entered March 4, 2021 (ECF No. 89), Plaintiff Securities and Exchange Commission (the "SEC") hereby files the Distribution Agent's Thirteenth Status Report on behalf of JND Legal Administration. *See* Exhibit A. In accordance with ECF No. 89, if the distribution remains open, the Distribution Agent will submit to the SEC another status report for filing with the Court on or before October 30, 2024.

Dated: July 18, 2024

Respectfully submitted,

s/ Catherine E. Pappas
Catherine E. Pappas (PA Bar 56544)
pappasc@sec.gov
U.S. Securities and Exchange Commission
1617 JFK Blvd., Suite 520
Philadelphia, PA 19103
(215) 597-0657

Attorney for Plaintiff United States
Securities and Exchange Commission

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 18, 2024, the plaintiff filed a true and correct copy of the foregoing document with the Court's CM/ECF system through which it will be disseminated electronically to counsel for the defendants, both of whom are participants registered to receive electronic notice in this case.

s/Catherine E. Pappas
Catherine E. Pappas