Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>      v.<br><br>GARRETT O'ROURKE and MICHAEL J. BLACK,<br><br>          Defendants | Case No.: 19-CV-4137 (KAM) |

## THE DISTRIBUTION AGENT'S THIRTEENTH STATUS REPORT

JND Legal Administration ("JND"), the Court-appointed Distribution Agent in the above-captioned matter, respectfully submits this Status Report pursuant to this Court's Order entered March 4, 2021 (the "Order", ECF No. 89) and the Plan of Distribution approved by the Court on May 26, 2021 (the "Plan", ECF No. 95). By the Order, this Court appointed JND as the Distribution Agent for the collections in this action (the "Distribution Fund"), to oversee the administration and distribution of the Distribution Fund in coordination with the Securities and Exchange Commission's ("SEC") counsel of record. Pursuant to paragraph 4(h) of the Order, the Distribution Agent is required to file with the Court or provide to the SEC's counsel of record to file with the Court, quarterly reports within thirty days after the end of every quarter. This Status Report covers the second quarter of 2024.

### Tasks Performed by the Distribution Agent Since the Twelfth Status Report

Since its Twelfth Status Report, JND has performed the following tasks in connection with its role as the Court-appointed Distribution Agent:

- Continued to maintain and monitor the case email inbox, the case P.O. box, the toll-free number, and the distribution website (www.ORourkeDistributionFund.com);

- Worked with the Tax administrator to finalize tax returns; and

- Worked with the Tax Administrator to prepare the Consolidated Financial Accounting Report ("CFAR").

### **Anticipated Next Steps**

In the next quarter, JND anticipates that it will:

- Continue to maintain and monitor the case email inbox, the case P.O. box, the toll-free phone number, and the distribution website pending the termination of this matter;

- Upon termination of this matter, shut down the Distribution Fund website, the case P.O. box, and the toll-free phone number; and

- If a motion to terminate the Distribution Fund and for related relief is filed within the next quarter, JND will not file a third quarter progress report or any subsequent quarterly progress reports unless the Court requests otherwise.

Dated: July 17, 2024

Respectfully submitted,

By: *Luiggy Segura*

Luiggy Segura
JND Legal Administration
Distribution Agent
3333 New Hyde Park Road
New Hyde Park, NY 11042
Phone: 1-800-207-7160

# JND Legal Administration
# O'Rourke Distribution Fund
# Accounting Report For the Period Ending June 30, 2024

| | |
|---|---|
| Date of Transfer | November 7, 2022 |
| Origin of Transfer | U.S. Treasury's Bureau of Fiscal Service ("BFS") |
| Authority For Transfer | Order to Transfer Funds for Distribution (October 26, 2022) |
| Location & Types of Accounts | The Huntington National Bank; Escrow and Deposit Accounts |
| Case Caption | *SEC v. Garrett O'Rourke and Michael J. Black (Case No.: 19-CV-4137 (KAM))* |

| Fund Balance Reconciliation | |
|---|---|
| | **Inception-To-Date Amount** |
| Deposits (Funding from Client) | $5,067,142.21 |
| Interest/Credit | $18,884.82 |
| TOTAL | $ 5,086,027.03 |

| Distribution Reconciliation | | |
|---|---|---|
| | **Inception-To-Date** | |
| | **Items** | **Amount** |
| Checks Presented for Payment | 256 | $ 4,935,324.49 |
| Wired Payments | 4 | $ 127,928.56 |
| MKA Wire Payment | 1 | $ 3,889.16 |
| Returned Wires | 0 | $ - |
| Uncashed Payments | 0 | $ - |
| TOTAL DISTRIBUTED | | $ 5,067,142.21 |
| Remitted to SEC [1] | | $ 18,884.82 |
| | | |
| | ACCOUNT BALANCE | $ - |

[1] - This balance was remitted on July 20, 2023.